MARTIN K. MURPHY, Appellant, *v.* THE NINTH AVENUE RAILROAD COMPANY, Respondent.

*Murphy* v. *Ninth Ave. R. R. Co.,* 6 Misc. Rep. 298, affirmed.
(Argued May 27, 1896; decided June 16, 1896.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an

order made April 2, 1894, which affirmed a judgment in favor of defendant entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Gilbert D. Lamb* for appellant.

*John M. Scribner* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.